**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHARGE LION LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SEMTECH CORPORATION,**<br><br>**Defendant.** | **CIVIL ACTION NO. 6:12-CV-00769-LED-JDL**<br>CONSOLIDATED WITH 6:12CV771 |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Charge Lion LLC ("Plaintiff") and Defendant Maxim Integrated Products, Inc. and announced to the Court that they have settled Plaintiff's claims for relief against all Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant Maxim Integrated Products, Inc. and Defendant's counterclaims for relief against Plaintiff are dismissed with prejudice.  IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 8th day of August, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**